CO-386-online
10/03

# United States District Court
# For the District of Columbia

Estate of Ali Hussamaldeen Albazzaz )
)
)
)                                Plaintiff )
     vs )
)
Blackwater Worldwide and all of its affiliated companies and )
divisions, including Blackwater USA, Blackwater Lodge and )
Training Center, Inc., Blackwater Security Consulting, LLC, )
et. al. )
)
                        Defendant )

Case: 1:07-cv-02273
Assigned To : Walton, Reggie B.
Assign. Date : 12/19/2007
Description: PI/Malpractice

*JURY ACTION* (stamp)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NA__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

414939 (Susan L. Burke); 426107 (William T. O'Neil)
BAR IDENTIFICATION NO.

Susan L. Burke & William O'Neil
Print Name

Burke O'Neil LLC 4112 Station Street
Address

Philadelphia   PA            19127
City          State         Zip Code

(215) 971-5058
Phone Number