A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Estate of Ali Hussamaldeen Albazzaz

             Plaintiff(s)    )   **APPEARANCE**

vs.    )   CASE NUMBER  07-cv-02273

Blackwater Worldwide and all of its affiliated companies and divisions, including Blackwater USA, Blackwater Lodge and Training Center, Inc., Blackwater Security Consulting, LLC, et. al.
             Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __William T. O'Neil__ as counsel in this
                                (Attorney's Name)

case for: __Estate of Ali Hussamaldeen Albazzaz__
                (Name of party or parties)

December 21, 2007                                     /s/ William T. O'Neil
Date                                                         Signature

                                                         William T. O'Neil
DC Bar # 426107                                Print Name
BAR IDENTIFICATION
                                                        1718 20th Street, N.W.
                                                        Address

                                                        Washington, D.C.          20009
                                                        City          State          Zip Code

                                                       202-232-5504
                                                       Phone Number