UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF ALI HUSSAMALDEEN ALBAZZAZ, *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. **07-CV-02273 (RBW)** |
| Plaintiffs, | | |
| v. | | |
| **BLACKWATER WORLDWIDE**, *et al.* | | |
| Defendants. | | |

# **CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the Defendants,[1] certify to the best of my knowledge and belief, that there are no parent companies, subsidiaries, or affiliates of any of the Defendants which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 2, 2008

Respectfully submitted,

BLACKWATER WORLDWIDE; BLACKWATER USA; BLACKWATER LODGE AND TRAINING CENTER, INC.; BLACKWATER SECURITY CONSULTING, LLC; BLACKWATER ARMOR AND TARGETS, LLC; BLACKWATER AIRSHIPS, LLC; BLACKWATER LOGISTICS, LLC; BLACKWATER CANINE; RAVEN DE-

---

[1] Blackwater Worldwide; Blackwater USA; Blackwater Lodge and Training Center, Inc.; Blackwater Security Consulting, LLC; Blackwater Armor and Targets, LLC; Blackwater Airships, LLC; Blackwater Logistics, LLC; Blackwater Canine; Raven Development Group, LLC; Greystone Limited; Total Intelligence Solutions, LLC; The Prince Group LLC; EP Investments, LLC; and Erik Prince (collectively, "Defendants").

VELOPMENT GROUP, LLC; GREYSTONE LIMITED; TOTAL INTELLIGENCE SOLUTIONS, LLC; THE PRINCE GROUP LLC; EP INVESTMENTS, LLC; and ERIK PRINCE.

By: /s/ Michael Lackey
Michael Lackey (#443362)
Andrew Pincus (#370726)
Peter White (#468746)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Peter White, an attorney, certify that on January 2, 2008, I caused true and correct copies of the foregoing CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

William T. O'Neil (D.C. Bar # 426107)
BURKE O'NEIL LLC
1718 20th Street
Washington, DC 20009
(202) 232-5504

In addition, on this same date, I caused the above-mentioned certificate to be served upon the following counsel of record via first-class mail:

Michael A. Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
(248) 594-9595

/s/ Peter White
Peter White
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*