AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESTATE OF ALI HUSSAMALDEEN
ALBAZZAZ, et al. )
        Plaintiff(s) )  **APPEARANCE**
         )
         )
        vs. )  CASE NUMBER   07-CV-02273 (RBW)
BLACKWATER WORLDWIDE, et al. )
         )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Peter H. White__ as counsel in this
                          (Attorney's Name)

case for: __BLACKWATER WORLDWIDE, et al.__
               (Name of party or parties)

01/02/08
Date

*/s/ Peter H. White*
Signature

Peter H. White
Print Name

1909 K Street, N.W.
Address

Washington   DC   20006
City   State   Zip Code

(202) 263-3391
Phone Number

468746
BAR IDENTIFICATION