AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESTATE OF ALI HUSSAMALDEEN
ALBAZZAZ, et al. )
        Plaintiff(s) )
                               ) **APPEARANCE**
                               )
                               )
           vs. ) CASE NUMBER    07-CV-02273 (RBW)
BLACKWATER WORLDWIDE, et al. )
                               )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael E. Lackey, Jr.   as counsel in this
                             (Attorney's Name)

case for:   BLACKWATER WORLDWIDE, et al.
            (Name of party or parties)

01/02/08
Date

*/s/ Michael E. Lackey, Jr.*
Signature

Michael E. Lackey, Jr.
Print Name

443362
BAR IDENTIFICATION

1909 K Street, N.W.
Address

Washington    DC    20006
City    State    Zip Code

(202) 263-3000
Phone Number