IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ALI HUSSAMALDEEN ALBAZZAZ, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>BLACKWATER WORLDWIDE, *et al.* )<br><br>Defendants. ) | Civil Case No. **07-CV-02273 (RBW)** |

# PRAECIPE

The record reflects the filing of a Joint Stipulation and Proposed Order Concerning Service of Process and Scheduling. The parties respectfully request that the Court issue a minute order reflecting the briefing schedule in the parties' Joint Stipulation, as the Court has done in *Abtan v. Blackwater Worldwide*, No. 1:07-cv-01831.

Respectfully submitted,

/s/ Michael Lackey
Michael Lackey  (#443362)
Andrew Pincus  (#370726)
Peter White  (#468746)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
*Counsel for Defendants*

/s/ William T. O'Neil *with permission*
William T. O'Neil (#426107)
Susan L. Burke (#414939)
Elizabeth M. Burke
Katherine R. Hawkins
BURKE O'NEIL LLC

1

                                    1718 20th Street  
                                    Washington, DC 20009  
                                    (202) 232-5504  
                                    *Counsel for Plaintiffs*

Dated: February 4, 2008

## **CERTIFICATE OF SERVICE**

I, Peter White, an attorney, certify that on February 4, 2008, I caused true and correct copies of the foregoing PRAECIPE to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who have registered for receipt of documents filed in this manner:

> William T. O'Neil (426107)
> Susan L. Burke (#414939)
> BURKE O'NEIL LLC
> 1718 20th Street
> Washington, DC 20009
> (202) 232-5504

In addition, on this same date, I caused the above-mentioned praecipe to be served upon the following counsel of record via first-class mail:

> Michael A. Ratner
> CENTER FOR CONSTITUTIONAL RIGHTS
> 666 Broadway, 7th Floor
> New York, NY 10012
> (212) 614-6439
>
> Shereef Hadi Akeel
> AKEEL & VALENTINE, P.C.
> 401 South Old Woodward Avenue
> Suite 430
> Birmingham, MI 48009
> (248) 594-9595

>> /s/ Peter White
>> Peter White
>> MAYER BROWN LLP
>> 1909 K Street, N.W.
>> Washington, D.C. 20006
>> (202) 263-3000
>> *Counsel for Defendants*