**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF ALI HUSSAMALDEEN ALBAZZAZ, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BLACKWATER WORLDWIDE, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 07-cv-2273 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

*PLAINTIFFS' CONSENT TO CONSOLIDATION*

In response to the Court's Minute Order of March 14, 2008, plaintiffs consent to the consolidation of this action with *Estate of Abtan et. al. v. Blackwater et. al*, Civil Action No. 07-1831.

Dated: March 21, 2008

/s/Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar #426107)
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 971-5058
Facsimile:   (215) 482-0874

Michael Ratner
Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   (212) 614-6439
Facsimile:   (212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver
Suite 910

Troy, MI 48084
Telephone:     (248) 269 -9595
Facsimile:      (248) 269-9119

*Counsel for Plaintiffs*