IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ALI HUSSAMALDEEN ALBAZZAZ**, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **BLACKWATER WORLDWIDE**, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Case No. **07-CV-02273 (RBW)** |

## DEFENDANTS' RESPONSE TO THE ORDER TO SHOW CAUSE

The Court entered an order on March 14, 2008, instructing the parties to show cause why this case should not be consolidated with *Abtan et al. v. Blackwater Worldwide et al.*, Case No. 1:07-cv-01831, also pending before the Court. Defendants[1] do not oppose consolidation of this case with the *Abtan* case for purposes of pretrial discovery and proceedings. Defendants do, however, oppose consolidation for purposes of trial. *See, e.g.*, *Blasko v. Washington Metro. Area Transp. Auth.*, 243 F.R.D. 13, 14 (D.D.C. Aug. 8, 2007) (granting motion to consolidate for discovery purposes but denying motion to consolidate for trial); *Pariseau v. Anodyne Healthcare Mgmt., Inc.*, 2006 WL 325379 at *1 (W.D.N.C. Feb. 9, 2006) (granting motion to consolidate for discovery and pretrial matters but not for trial); *Aikens v. Deluxe Fin. Servs., Inc.*, 2002 WL 1203230 at *1 (D. Kan. May 16, 2002) (consolidating for discovery only). Accordingly, Defen-

---

[1] Blackwater Worldwide; Blackwater USA; Blackwater Lodge and Training Center, Inc.; Blackwater Security Consulting LLC; Blackwater Armor and Targets LLC; Blackwater Airships LLC; Blackwater Logistics LLC; Blackwater Canine; Raven Development Group LLC; Greystone Limited; Total Intelligence Solutions, LLC; Prince Group LLC; EP Investments LLC; and Erik Prince.

2

dants request that the Court specify that consolidation is for purposes of pretrial discovery and proceedings only.

                                                                   Respectfully submitted,

                                                                   /s/ Michael Lackey  
                                                                   Michael Lackey (#443362)  
                                                                   Andrew Pincus (#370726)  
                                                                   Peter White (#468746)  
                                                                   MAYER BROWN LLP  
                                                                   1909 K Street, N.W.  
                                                                   Washington, D.C. 20006  
                                                                   (202) 263-3000

                                                *Counsel for Defendants*

Dated: March 21, 2008

## CERTIFICATE OF SERVICE

I, Peter White, an attorney, certify that on March 21, 2008, I caused true and correct copies of the foregoing Response to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Susan L. Burke
William T. O'Neil
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971-5058

In addition, on this same date, I caused the above-mentioned Response to be served upon the following counsel of record via first-class mail:

Michael A. Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
(248) 594-9595

/s/ Peter White
Peter White
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
*Counsel for Defendants*