IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BLACKWATER WORLDWIDE, *et al.*,<br><br>Defendants. | Case No. 07-cv-1831 (RBW) |
| ESTATE OF ALI HUSSAMALDEEN ALBAZZAZ,<br><br>Plaintiff,<br>v.<br><br>BLACKWATER WORLDWIDE, *et al.*,<br><br>Defendants. | Case No. 07-cv-2273 (RBW) |

**NOTICE**

In response to the Court's Minute Order of March 28, 2008, the correct name of the first-listed Plaintiff is The Estate of Himoud Saed Abtan. Mr. Abtan, killed on September 16, 2007, was the father of three boys and four daughters. The original reference to "Mr. Atban" in the Complaint was incorrect, and this typographical error was corrected in the First Amended Complaint.

.

Date:  April 3, 2008                                         /s/                               
                                                             Susan L. Burke (D.C. Bar # 414939)
                                                             William T.  O'Neil (D.C. Bar # 426107)

Elizabeth M. Burke
Rosemary B. Healy
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:	(215) 971-5058
Facsimile:	(215) 482-0874

Michael A. Ratner
Vincent Warren
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:	(212) 614-6439
Facsimile:	(212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
Suite 910
888 West Big Beaver Road
Troy, Michigan 48084-4736
Telephone:	(248) 269-9595
Facsimile:	(248) 269-9119

*Counsel for Plaintiffs*

2