AO 458 (Rev. 11/04 DC)-Appearance

---

# United States District Court
# For the District of Columbia

ESTATE OF HIMOUD SAED ABTAN, et al.
        )
        Plaintiff(s)    )    **APPEARANCE**
        )
        )
    vs.    )
BLACKWATER LODGE AND TRAINING    )    CASE NUMBER   1:07-cv-01831 (RBW)
CENTER, et al.    )
        )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Andrew J. Pincus  as counsel in this
                                (Attorney's Name)

case for:  BLACKWATER LODGE AND TRAINING CENTER, et al.
           (Name of party or parties)

04/09/08
Date

                                    /s/ Andrew J. Pincus
                                    Signature

370726                              Andrew J. Pincus
BAR IDENTIFICATION                  Print Name

                                    1909 K Street, N.W.
                                    Address

                                    Washington      DC          20006
                                    City            State       Zip Code

                                    (202) 263-3220
                                    Phone Number