# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF HIMOUD SAED ABTAN**, *et al.* )<br>)<br>Plaintiffs,           )<br>)<br>v.                            )<br>)<br>**BLACKWATER LODGE AND TRAINING**<br>**CENTER**, *et al.*            )<br>)<br>Defendants.         )<br>_____) | Civil Case No. **1:07-cv-01831** (**RBW**)<br>(Lead Case) |
| **ESTATE OF ALI HUSSAMALDEEN**<br>**ALBAZZAZ**, *et al.*            )<br>)<br>Plaintiffs,           )<br>)<br>v.                            )<br>)<br>**BLACKWATER LODGE AND TRAINING**<br>**CENTER**, *et al.*            )<br>)<br>Defendants.         )<br>_____) | Civil Case No. **07-cv-02273** (**RBW**)<br>(Consolidated Case) |

## DEFENDANTS' NOTICE OF INTENTION TO OPPOSE PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT IN CASE NO. 1:07-CV-01831

Plaintiffs have filed a Motion For Leave To File A Third Amended Complaint in Case Number 1:07-cv-01831 ("Motion"). Defendants Blackwater Lodge and Training Center, Inc.; Blackwater Security Consulting, LLC; Blackwater Armor and Targets, LLC; Blackwater Airships, LLC; Blackwater Logistics, LLC; Raven Development Group, LLC; Greystone Limited; Prince Group LLC; EP Investments, LLC; and Erik Prince intend to file an Opposition to the

1

Motion in accordance with Local Rule 7(b) and respectfully request that the Court defer consideration of the Motion until the Opposition is filed.

          Respectfully submitted,

          /s/ Michael Lackey
          Michael Lackey  (#443362)
          Andrew Pincus (#370726)
          Peter White  (#468746)
          MAYER BROWN LLP
          1909 K Street, N.W.
          Washington, D.C. 20006
          (202) 263-3000

          *Counsel for Defendants*

Dated: April 25, 2008

## CERTIFICATE OF SERVICE

I, Peter White, an attorney, certify that on April 25, 2008, I caused true and correct copies of the foregoing Notice to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

| | |
|---|---|
| Shereef Hadi Akeel (admitted *pro hac vice*) | Susan L. Burke (414939) |
| AKEEL & VALENTINE, PLC | William T. O'Neil (426107) |
| 888 West Big Beaver | BURKE O'NEIL LLC |
| Suite 910 | 4112 Station Street |
| Troy, MI 48084 | Philadelphia, PA 19127 |
| (248) 269-9595 | (215) 971-5058 |

In addition, on this same date, I caused the above-mentioned Notice to be served upon the following counsel of record via first-class mail:

Michael A. Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

/s/ Peter White
Peter White
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*

3