## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ABTAN, *et. al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BLACKWATER LODGE AND TRAINING )<br>CENTER, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 07-1831 (RBW) |
| ESTATE OF ALI HUSSAMALDEEN )<br>ALBAZZAZ and )<br>)<br>ESTATE OF KADHUM KAYIZ AZIZ )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BLACKWATER LODGE AND TRAINING )<br>CENTER, INC., et al., )<br>)<br>Defendants. ) | Case No. 07-cv-2273 (RBW) |

**MOTION TO ADMIT KATHERINE M. GALLAGHER *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, undersigned sponsoring counsel respectfully moves the Court to permit Katherine M. Gallagher to appear *pro hac vice* in the above-captioned cases. In support of the motion, Ms. Gallagher provides her attached declaration.

1

          /s/ *Susan L. Burke*
Susan L. Burke (D.C. Bar # 414939)
4112 Station Street
Philadelphia, PA 19127
Tel: (215) 482-0874
Fax: (215) 971-5058

Date: May 22, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF ABTAN, *et. al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BLACKWATER LODGE AND TRAINING )<br>CENTER, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 07-1831 (RBW) |
| ESTATE OF ALI HUSSAMALDEEN )<br>ALBAZZAZ and )<br>)<br>ESTATE OF KADHUM KAYIZ AZIZ )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BLACKWATER LODGE AND TRAINING )<br>CENTER, INC., et al., )<br>)<br>Defendants. ) | Case No. 07-cv-2273 (RBW) |

**DECLARATION OF KATHERINE M. GALLAGHER**

I, Katherine M. Gallagher ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission:</u> I am a staff attorney at the Center for Constitutional Rights, and request permission to participate in this action as counsel for plaintiffs.

2. <u>Name and Address of Applicant's Law Firm:</u>

   Center for Constitutional Rights
   666 Broadway, 7th Floor
   New York, NY 10012

3

Telephone: (212) 614-6455
Facsimile: (212) 614-6499

3. <u>Bar Admissions:</u> I am a member in good standing of the Bar of the State of New York and of the United States District Court for the Eastern, Western, and Southern Districts of New York. I am also a member in good standing of the United States Court of Appeals for the Second, Ninth and District of Columbia Circuits.

4. <u>Certification of Good Standing</u>: I certify that I have not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against me.

5. <u>Previous Appearances in this Court:</u> I have made no previous applications to be admitted *pro hac vice* in this Court.

6. <u>Residence Outside the District</u>: I reside and practices law from an office outside this District, and am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___13___ day of May, 2008

_____
Katherine M. Gallagher

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF ABTAN, *et. al.* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-1831 (RBW) |
| ) | |
| v. ) | |
| ) | |
| BLACKWATER LODGE AND TRAINING ) | |
| CENTER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| ESTATE OF ALI HUSSAMALDEEN ) | |
| ALBAZZAZ and ) | |
| ) | Case No. 07-cv-2273 (RBW) |
| ESTATE OF KADHUM KAYIZ AZIZ ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| BLACKWATER LODGE AND TRAINING | |
| CENTER, INC., et al., | |
| | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Admit Katherine M. Gallagher *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby ORDERED that the Motion be and hereby is GRANTED.

Dated:_____   _____
                              The Honorable Reginald B. Walton
                              United States District Judge

5